THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY GILLARD, Appellant. [954 NYS2d 894]

Contrary to the defendant's contention, the resentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Angiolillo, Balkin and Sgroi, JJ., concur.